**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

AIKINS FRIMPONG, )
)
Plaintiff, )
)
vs. ) Case No. CIV-05-886-F
)
BUREAU OF PRISONS, et al., )
)
Defendants. )

**O R D E R**

On September 30, 2005, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that plaintiff's action be dismissed without prejudice. On that same date, the court received a pleading dated September 20, 2005 from plaintiff stating that he had received Magistrate Judge Argo's previous order of August 31, 2005, directing plaintiff to show cause why the action should not be dismissed, and requesting the court to disregard his action. Plaintiff specifically states that he has decided to let the Southern District of Iowa handle this matter.

In light of plaintiff's representation that he no longer wishes to pursue his action in this district and therefore would obviously have no objection to dismissal of this action without prejudice, the court concludes that this action should be dismissed without prejudice as recommended by Magistrate Judge Argo.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on September 30, 2005 (doc. no. 9) is **ACCEPTED ADOPTED,** and **AFFIRMED**. Plaintiff's action filed pursuant to Bivens v. Six

Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), is **DISMISSED WITHOUT PREJUDICE**.

ENTERED this 4th day of October, 2005.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0886p001(pub).wpd